**Wendell L. ADAMS, Appellant,**

v.

Roy HOPKINS, Employee for State of Missouri, Department of Corrections Missouri Vocational Enterprise– Laundry Moberly Correctional Center, Personnel in charge of Line supervision, etc.; Steven Crosswhite, Service manager II, employee for State of Missouri, Department of Corrections, MO Vocational Enterprise Laundry Moberly Correctional Center, Personnel in charge of operations management, responsible for "disciplinary and safety" rules, etc., Appellees.

No. 05–2333.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 28, 2006.

Filed: Oct. 10, 2006.

Wendell L. Adams, Moberly, MO, pro se.

Denise Garrison McElvein, Attorney General's Office, St. Louis, MO, for Appellees.

Before MELLOY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Missouri state prisoner Wendell Adams appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record in the light most favorable to Adams, *see Moots v. Lombardi,* 453 F.3d

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District

1020, 1022 (8th Cir.2006) (de novo standard of review), and considered the parties' arguments on appeal, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.